IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CESAR CHRISTIAN LOPEZ-SANCHEZ, <br><br> Defendant. | CR 16-36-BMM <br><br> **ORDER** |

## I. Synopsis

Mr. Lopez-Sanchez appeared on a summons before the undersigned for an arraignment on April 5, 2017. (Doc. 20.) The United States did not move for detention but did request that, in addition to the current conditions of pretrial release the District of California has imposed on Mr. Lopez-Sanchez, the Court impose the additional condition that Mr. Lopez-Sanchez remain in contact with his defense attorney. Mr. Lopez-Sanchez did not oppose the additional condition.

1

Based on the foregoing the Court issues the following order:

>The current conditions of pretrial release imposed on Mr. Lopez-Sanchez by the District of California remain in effect, and the Court imposes the following additional condition:
>
>>The Defendant must remain in contact with his defense attorney.

Dated the 11th day of April 2017.

_____
John Johnston
United States Magistrate Judge