# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CESAR CHRISTIAN LOPEZ-SANCHEZ, <br><br> Defendant. | Case No. CR-16-36-GF-BMM <br><br> **ORDER** |

The Defendant, Cesar Christian Lopez-Sanchez, having filed an Unopposed Motion to Extend Pretrial Motions Deadline, and good cause appearing,

IT IS HEREBY ORDERED that the pretrial motions, if any, will be filed by May 9, 2017.

DATED this 8th day of May, 2017.

_____
Brian Morris
United States District Court Judge

1